UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ST. JULLIAN BARANCO (#229853)

VERSUS

OFFICER CURTIS WILSON, ET AL.

CIVIL ACTION

NO. 16-573-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder Doomes dated October 23, 2017 (R. Doc. 19) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, Plaintiff's Motion Requesting an Evidentiary Hearing (R. Doc. 7), wherein he requests summary judgment in his favor, is DENIED, without prejudice, as premature, and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on November 9, 2017.

 **JUDGE JAMES J. BRADY**
 **UNITED STATES DISTRICT COURT**
 **MIDDLE DISTRICT OF LOUISIANA**